In the Matter of the Claim of CLARA C. SHULTS and Others, Respondents, against COLONIAL FLYING SERVICE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State

Industrial Board. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents and votes to reverse award and to dismiss claim on the ground that the employee at the time of the accident was engaged in an enterprise for his own personal benefit and not connected with the business of the employer.